AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Kara Traster ) USAO CW No. 26-00142

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

WILLIAMS OSNEY CASTELLON-GABARRETE
*Defendant(s)*

Case No. 26-MJ-1813

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 13, 2026 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, U.S.C, Section 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Devon Monaghan
*Complainant's signature*

Devon Monaghan, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed by telephone.

Date: 9/17/2026

/s/ Katayoun M. Copeland
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Katayoun M. Copeland, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA :**

**v. : MAGISTRATE NO. 26-MJ-1813**

**WILLIAMS OSNEY CASTELLON-GABARRETE :**

**AFFIDAVIT**

1. I, Devin Monaghan, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I served as an Immigration Enforcement Agent with ICE from February 2009 to September of 2012. I was promoted to Deportation Officer in September of 2012. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act ("INA"), specifically foreign-born nationals who have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations, Philadelphia, Pennsylvania Field Office and my duties include investigating violations of Title 8 of the United States Code to include violations of immigration offenses.

2. I have prepared this affidavit in support of a criminal complaint against Williams Osney Castellon-Gabarrete ("Castellon-Gabarrete") because there is probable cause to believe Castellon-Gabarrete, an alien, that is, an individual who is not a citizen or national of the United States, re-entered the United States after removal, in violation of 8 U.S.C. § 1326(a).

3. This affidavit is based on information I obtained from my personal observations, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation. Because this affidavit is submitted only for the limited

purpose of establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

## **PROBABLE CAUSE**

4. Based on my training and experience, I know that when a police department or other law enforcement agency inputs into a national law enforcement database the fingerprints of any individual who is not a United States citizen or national that has previously been encountered by ICE or another immigration agency, ICE receives electronic notification of this fact and any match to the alien's known fingerprint identification number or biometrics.

5. On September 13, 2026, ICE received notification that Castellon-Gabarrete had been arrested by the Philadelphia Police Department, within the Eastern District of Pennsylvania. This electronic notification included Castellon-Gabarrete's name, date of birth, Alien Number (094 792 130), and FBI Number (439902TC3). The entry also showed that Castellon-Gabarrete had previously been removed from the United States. This notification was generated and received by ICE after the Philadelphia Police Department collected and entered Castellon-Gabarrete's fingerprints into the National Crime Information Center ("NCIC").

6. Records from the First Judicial District of Pennsylvania confirm that, on September 13, 2026, Castellon-Gabarrete was arrested by the Philadelphia Police Department for (1) Burglary-Overnight Accommodations; Person Present, Bodily Injury Crime; (2) Criminal Trespass-Break into Structure; (3) Possession of Instrument of Crime With Intent to Employ it Criminally; (4) Simple Assault; and (5) Recklessly Endangering Another Person.

7. Based on my training and experience, I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints,

documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned a unique identification number, referred to as the "Alien Number."

8. A search of ICE databases revealed that Castellon-Gabarrete has been assigned Alien Number 094 792 130, and that he is a native and citizen of Honduras. A thorough review of ICE databases for Alien Number 094 792 130 revealed the following history for Castellon-Gabarrete:

a. On or about August 24, 2007, Castellon-Gabarrete was arrested by the United States Border Patrol near Brownsville, Texas. On or about August 24, 2007, Castellon-Gabarrete was served a Notice and Order of Expedited Removal (I-860) pursuant to section 212(a)(7)(A)(i)(I) of the INA. The I-860 indicates that Castellon-Gabarrete was found to be inadmissible as charged and ordered removed from the United States.

b. On or about September 12, 2007, Castellon-Gabarrete was removed from the United States to Honduras via the Harlingen, Texas port of entry by plane. At the time of his removal, a Form I-296, Notice to Alien Ordered Removed/Departure Verification, was executed containing Castellon-Gabarrete's photograph, alien number, signature, and fingerprint and the signature of immigration officers who witnessed his deportation.

c. Castellon-Gabarrete illegally reentered the United States on an unknown date and at an unknown place.

d. On September 13, 2026, Castellon-Gabarrete was found in the United States when he was encountered by the Philadelphia Police Department. At that time,

Castellon-Gabarrete was arrested for Burglary-Overnight Accommodations; Person Present, Bodily Injury Crime, Criminal Trespass-Break into Structure, Possession of Instrument of Crime With Intent to Employ it Criminally.

e. A search of DHS databases revealed that Castellon-Gabarrete did not seek permission of the United States Attorney General, or his successor, the Secretary of the Department of Homeland Security, for permission to reapply for admission to the United States following his 2007 removal as required by 8 U.S.C. § 1360(d).

**CONCLUSION**

9. Based on the foregoing, I believe that there is probable cause to conclude that the defendant illegally reentered into the United States after deportation, in violation of 8 U.S.C. § 1326(a) and respectfully ask that the Court issue a warrant ordering his arrest for such crime.

/s *Devin Monaghan*____________________
Devin Monaghan
Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED TO AND SWORN TO BEFORE ME BY TELEPHONE
THIS 17th Day of September 2026

/s/ Katayoun M. Copeland
HONORABLE Katayoun M. Copeland
United States Magistrate Judge
Eastern District of Pennsylvania